IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00998-EWN-MEH

JUDICIAL INFORMATION SOLUTIONS, INC., a Colorado corporation;
FRED A. POLLACK, individually;
MARY ELLEN POLLACK, individually;
ERIK G. SCHNEIDER, individually,

    Plaintiffs,

v.

EBONDSMAN.COM, LLC, a Colorado limited liability company;
INFORMATION DESIGN, INC., a Colorado corporation;
GARY M. CASSO, JR., NICHOLE A CASSO, CHARLES R. GREEN, JOHN GREEN, d/b/a SYSTEM DEVELOPMENT GROUP;
GARY M. CASSO, JR., individually;
NICHOLE A. CASSO, individually,
CHARLES R. GREEN, individually;
JOHN GREEN, individually;
STEVE HARRIS, individually;
MICHAEL N. NICHOLAS, individually,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 19, 2006.**

    For good cause shown, the Joint Motion for Entry of "Stipulation of the Parties Governing the Production of Confidential Information and Proposed Protective Order" [Filed December 19, 2006; Docket #41] is **granted**.  The Stipulation and Protective Order shall enter separately.