IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00998-EWN-MEH

JUDICIAL INFORMATION SOLUTIONS, INC., a Colorado corporation, et al.,

    Plaintiffs,

v.

EBONDSMAN.COM, LLC, a Colorado limited liability company, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 9, 2007.**

For good cause shown, the Joint Motion to Modify Scheduling Order [Filed January 4, 2007; Docket #49] is **granted**.  The following deadlines shall hereafter govern in this case:

- Deposition Schedule: The Plaintiffs completed the deposition of Gary Casso on December 28, 2006.  The Plaintiffs will depose Charles Green on January 17, 2007, individually and as an officer of eBondsman.com and partner of System Development Group.  The parties are scheduling depositions of Nichole Casso, John Green, Steve Harris, Michael Jaltuch, Jer Pierson, and possibly Jeff Young and/or Muhammed Raza Saeed.  The Defendants completed depositions of Fred Pollack, Mary Ellen Pollack, and Erik Schneider.  The Defendants intend to take a 30(b)(6) deposition of Judicial Information Systems, Inc.
- Expert Witness Disclosure: February 16, 2007
- Rebuttal Expert Witness Disclosure: March 16, 2007
- Discovery Cutoff: April 20, 2007
- Dispositive Motion Deadline: May 21, 2007