IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 06-cv-00998-EWN-MEH | Date:   January 22, 2007 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A601** |

| | |
|---|---|
| JUDICIAL INFORMATION SOLUTIONS, INC.;<br>FRED A. POLLACK;<br>MARY ELLEN POLLACK; and<br>ERIK G. SCHNEIDER;<br><br>Plaintiff(s);<br><br>vs.<br><br>EBONDSMAN.COM, LLC;<br>INFORMATION DESIGN, INC.;<br>GARY M. CASSO, JR.; d/b/a System Development Group;<br>NICHOLE A. CASSO; d/b/a System Development Group;<br>CHARLES R. GREEN; d/b/a System Development Group;<br>JOHN GREEN; d/b/a System Development Group;<br>STEVE HARRIS; and<br>MICHAEL N. NICHOLAS;<br><br>Defendant(s). | John M. Case<br><br><br><br><br><br><br><br>Jesus Manuel Vazquez, Jr. |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC MOTION HEARING**

**Court in session:** 10:39 a.m.

Court calls case. Appearances of counsel by telephone.

Opening statements by the Court.

Argument and discussion regarding Defendants' Motion to Clarify Settlement Terms (Doc. #51, filed 1/8/07).

**ORDERED:**  Defendants' Motion to Clarify Settlement Terms (Doc. #51, filed 1/8/07) is
GRANTED in part as stated on the record.  Counsel shall have to and including
**January 29, 2007,** to file the Stipulated Motion to Dismiss.

**Court in recess:**    **11:06 a.m.  (Hearing concluded)**
**Total time in court:**  0:27