IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00998–EWN–MEH

JUDICIAL INFORMATION SOLUTIONS, INC., a Colorado corporation,
FRED A. POLLACK, individually,
MARY ELLEN POLLACK, individually,
ERIK G. SCHNEIDER, individually,

    Plaintiffs,

v.

EBONDSMAN.COM, LLC, a Colorado limited liability company,
INFORMATION DESIGN, INC., a Colorado corporation,
GARY M. CASSO, JR.,
NICHOLE A. CASSO,
CHARLES R. GREEN,
JOHN GREEN, d/b/a SYSTEM DEVELOPMENT GROUP,
GARY M. CASSO, JR., individually,
NICHOLE A. CASSO, individually,
CHARLES R. GREEN, individually,
JOHN GREEN, individually,
STEVE HARRIS, individually,
MICHAEL N. NICHOLAS, individually,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the court on the "Stipulated Motion for Partial Dismissal" filed January 29, 2007. The court having read the Motion for Partial Dismissal filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, as to Defendants Nichole A. Casso, Individually; John Green, Individually; Steve Harris, Individually; Michael N. Nicholas, Individually; Nichole A. Casso, d/b/a System Development Group; John Green, d/b/a System Development Group; and Information Design, Inc., each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 6th day of February, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge