IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00998–EWN–MEH

JUDICIAL INFORMATION SOLUTIONS, INC., a Colorado corporation,
FRED A. POLLACK, individually,
MARY ELLEN POLLACK, individually,
ERIK G. SCHNEIDER, individually,

    Plaintiffs,

v.

EBONDSMAN.COM, LLC, a Colorado limited liability company,
GARY M. CASSO, JR.,
CHARLES R. GREEN,
GARY M. CASSO, JR., individually,
CHARLES R. GREEN, individually,
STEVE HARRIS, individually,

    Defendants.

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER, having come before the Court on Parties' Stipulated Motion for Dismissal of All Claims with Prejudice and the Court having reviewed the file and being otherwise fully advised in the premises, hereby:

GRANTS Parties' Stipulated Motion for Dismissal of All Claims with Prejudice and ORDERS that all claims against all parties be dismissed with prejudice and that each party shall pay its own attorney fees and costs.

Dated this 13th day of March, 2007.

                                BY THE COURT:

                                s/ Edward W. Nottingham
                                EDWARD W. NOTTINGHAM
                                United States District Judge